## KEY v. THE STATE.

ATKINSON, J. There being no complaint that any error of law was committed on the trial, and the evidence being sufficient to support the verdict, there was no error in overruling the motion for new trial.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*
SEPTEMBER 22, 1911.

Indictment for rape. Before Judge Littlejohn. Webster superior court. June 28, 1911.

*G. Y. Harrell, J. F. Souter,* and *M. A. Walker,* for plaintiff in error. *H. A. Hall, attorney-general,* and *J. R. Williams, solicitor-general,* contra.